TONSHA DORRNETTE DAVIS
26 GRENADA DR
HATTIESBURG, MS 39401

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 259004
PLANO, TX 75025

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

COMENITY
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

EDFINANCIAL SERVICES L
120 N SEVEN OAKS DRIVE
KNOXVILLE, TN 37922

FAMILY CHOICE
2902 HARDY ST
HATTIESBURG, MS 39401

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

REPUBLIC FINANCE
ATTN: BANKRUPTCY
7031 COMMERCE CIRCLE
BATON ROUGE, LA 70809